## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | 8:07CR214 |
| vs. | ) | |
| | ) | ORDER |
| NASIMDZHON IBRAGIMOV, et al., | ) | |
| Defendants. | ) | |

This matter is before the court on motion of defendant Nasimdzhon Ibragimov for additional time to file pretrial motions [33]. For good cause shown, the court finds that the motion should be granted.

**IT IS ORDERED** that the motion [33] is granted, as follows:

1. The deadline for filing pretrial motions is extended to **August 16, 2007** <u>as to all defendants</u>.

2. In accordance with 18 U.S.C. § 3161(h)(8)(A), the court finds that the ends of justice will be served by granting this motion and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **July 17, 2007 and August 16, 2007**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act for the reason that counsel require additional time to adequately prepare the case, taking into consideration due diligence of counsel and the novelty and complexity of this case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

**DATED July 17, 2007.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**