IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Case No. 8:07CR-214 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| SAIDJON IBRAGIMOV, | ) | |
| | ) | |
| Defendant. | ) | |

This case is before the court on the defendant's Motion to Modify and for Detention Hearing (#53). The motion is denied.

After consideration of the June 15, 2007 Pretrial Services report, the June 25, 2007 Pretrial Services memorandum, and the court's June 25, 2007 Detention Order (#17), I find the defendant's motion contains no additional information or evidence that would cause the court to reconsider its Order of Detention. This is particularly true given the Bureau of Immigration and Customs Enforcement (BICE) detainer, and the defendant's alleged involvement in the transportation, movement, and supplying of false documents to aliens within the United States.

**IT IS ORDERED** that the defendant's Motion to Modify and for Detention Hearing (#53) is denied without hearing.

Dated this 3rd day of August 2007.

BY THE COURT:

S/ F. A. Gossett
United States Magistrate Judge