IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | 8:07CR214 |
| SAIDJON IBRAGIMOV, | ) | **ORDER** |
| Defendant. | ) | |

Before the court is defendant's Motion for Continuance [51]. Good cause being shown, the motion will be granted in part.

IT IS ORDERED:

1. Trial now set for August 13, 2007 will not be held.

2. Counsel are reminded that substantive pretrial motions must be filed on or before August 16, 2007.

3. A final trial date will be set by Magistrate Judge Thalken after all substantive pretrial motions are resolved.

DATED this 9th day of August, 2007.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge