# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 8:07CR214 |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | ORDER |
| SAIDJON IBRAGIMOV, ) | |
| ) | |
| Defendant. ) | |

This case is before the court on the defendant's Motion for Modification of Detention Order (#133). The motion is denied.

After consideration of the June 25, 2007 Detention Order (#17), the August 3, 2007 Order (#54) denying the defendant's Motion to Modify Conditions of Release, and the facts set out in the defendant's current motion, I find the proposed release of the defendant on conditions of release fails to address the court's concerns as to flight, and I find that no condition or combinations of conditions will reasonably assure the appearance of the defendant as required.

**IT IS ORDERED:** The defendant's Motion for Modification of Detention Order (#133) is denied without hearing.

2. Pursuant to NECrimR 57.2, a party may appeal this order by filing a "Statement of Appeal of Magistrate Judge's Order" within ten (10) days after being served with the order. The party shall specifically state the order or portion thereof appealed from and the basis of the appeal. The appealing party shall file contemporaneously with the statement of appeal a brief setting forth the party's arguments that the magistrate judge's order *is clearly erroneous or contrary to law*. The filing of a statement of appeal does not automatically stay the magistrate judge's order pending appeal. *See* NECrimR 57.2(d).

Dated this 16th day of April 2008.

BY THE COURT:

S/ F. A. Gossett
United States Magistrate Judge