UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:07CR214 |
| | ) | |
| vs. | ) | **FINAL ORDER OF** |
| | ) | **FORFEITURE** |
| | ) | |
| SAIDJON IBRAGIMOV, | ) | |
| NASIMDZHON IBRAGIMOV, | ) | |
| FAHRIDDEN ZABAROV, | ) | |
| MAQSUD DALERJONI, | ) | |
| | ) | |
| Defendants. | ) | |

NOW ON THIS 29th day of May, 2008, this matter comes on before the Court upon the United States' Motion for Final Order of Forfeiture. The Court reviews the record in this case and, being duly advised in the premises, find as follows:

1. On March 24, 2008, the Court entered a Preliminary Order of Forfeiture pursuant to the provisions of Title 18, United States Code, Sections 371, 982(a)(6)(A)(ii)(I) and Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and 2, based upon the Defendants' plea of guilty to Counts I, III and VI of the Superceding Indictment filed herein. By way of said Preliminary Order of Forfeiture, the Defendants' interest in $19,452.00 in United States currency, was forfeited to the United States.

2. On April 10, 17 and 24, 2008, the United States published in a newspaper of general circulation notice of this forfeiture and of the intent of the United States to dispose of the property in accordance with the law, and further notifying all third parties of their right to petition the Court within the stated period of time for a hearing to adjudicate the validity of their alleged legal

interest(s) in said property. An Affidavit of Publication was filed herein on May 27, 2008 (Filing No.143).

3. The Court has been advised by the United States no Petitions have been filed. From a review of the Court file, the Court finds no Petitions have been filed.

4. The Plaintiff's Motion for Final Order of Forfeiture should be sustained.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED as follows:

A. The Plaintiff's Motion for Final Order of Forfeiture is hereby sustained.

B. All right, title and interest in and to the $19,452.00 in United States currency, held by any person or entity, is hereby forever barred and foreclosed.

C. The $19,452.00 in United States currency, be, and the same hereby is, forfeited to the United States of America.

D. The United States Bureau of Immigration and Customs Enforcement for the District of Nebraska is directed to dispose of said property in accordance with law.

DATED this 29th day of May, 2008

                **BY THE COURT:**

                s/ Joseph F. Bataillon
                **JOSEPH F. BATAILLON, CHIEF JUDGE**
                **United States District Court**